[No. 56500-1-I.   Division One.   July 31, 2006.]

ROBERT CANNON, *Appellant*, v. SEATTLE CITY LIGHT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-12020-1, Richard A. Jones, J., entered May 6, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Dwyer, JJ.

[No. 56506-1-I.   Division One.   July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CRAWFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-14650-6, Gregory P. Canova, J., entered July 5, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56649-1-I.   Division One.   July 31, 2006.]

PACIFIC SURVEY & ENGINEERING SERVICES, INC., *Respondent*, v. DENBIGH DEVELOPMENT, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-02488-3, Ira Uhrig, J., entered July 1, 2005. *Reversed* by unpublished per curiam opinion.

[No. 56661-0-I.   Division One.   July 31, 2006.]

ZELLA M. WEITZ, *Appellant*, v. ALASKA AIRLINES, INC., *Defendant*, HUNTLEIGH USA CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-32228-6, George T. Mattson, J., entered July 21, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Dwyer, JJ.